AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LITTLE RIVER TRANSPORT, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22509 |
| OINK OINK, LLC | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OINK OINK, LLC
By Serving its Registered Agent: A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor M. Diaz, Jr., Esq.                        Michael J. Garvey, Esq.
VM DIAZ & PARTNERS, LLC                SIMPSON THACHER & BARTLETT LLP
1000 Fifth Street, Suite 400                  425 Lexington Avenue
Miami Beach, FL 33139                       New York, NY 10017
victor@diazpartners.com                     mgarvey@stblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  08/09/2022

*s/ S. Walker*
Deputy Clerk
U.S. District Courts