**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:22-CV-22509-MARTINEZ/BECERRA**

LITTLE RIVER TRANSPORT, LLC,

       Plaintiff,

v.

OINK OINK, LLC,

       Defendant.

_____/

**JOINT AGREED MOTION OF PLAINTIFF AND NON-PARTY, MCL**
**TO SUSPEND BRIEFING ON MCL'S MOTION TO INTERVENE**

Plaintiff Little River Transport, LLC ("Little River"), and Non-Party and proposed intervenor, Mineral Coals Logistica, SAS ('MCL"), file the following Agreed Joint Motion to Suspend Briefing on MCL's Motion to Intervene and state as follows:

1.     On November 2, 2022, MCL filed its Verified Limited Motion To Intervene And Stipulation To Consideration By Magistrate Judge ("MCL Motion to Intervene"). [DE 33].

2.     At hearings on November 15, 2022 and December 5, 2022, this Court granted Plaintiff leave to file a Sur Reply to MCL's Motion on or before December 19, 2022. [DE 75 and DE 94].

3.     Since then, counsel for Plaintiff and counsel for MCL have been conferring on an agreed resolution by stipulation of MCL's Motion to Intervene.

4.     Counsel for Plaintiff and counsel for MCL need additional time to draft the proposed stipulation and Agreed Order and to obtain their clients' approval.

1

5.      Judicial economy would be served by suspending briefing on MCL's Motion to Intervene to allow the parties additional time to resolve the pending MCL Motion to Intervene without further consideration by this Court.

6.      Plaintiff and MCL agree that no prejudice will result to any party by suspending the briefing on MCL Motion to Intervene pending agreement of the parties or further notice from Plaintiff and MCL.

WHEREFORE, Plaintiff Little River Transport, LLC ("Little River"), and Non-Party and proposed intervenor, Mineral Coals Logistica, SAS ('MCL"), petition this Court to suspend the briefing on MCL Motion to Intervene to allow Plaintiff and MCL to conclude their on-going efforts to resolve the Motion to Intervene by stipulation and Agreed Order.

Respectfully submitted,

**VM DIAZ & PARTNERS, LLC**
1000 Fifth Street, Suite 400
Miami Beach, Florida 33139
T: (305) 704-3200
F: (305) 538-4928

By: *s/Victor M. Diaz, Jr. Esq.*
     **Victor M. Diaz, Jr., Esq.**
     Florida Bar No. 503800
     victor@diazpartners.com

*Attorneys for Plaintiff Little River*
*Transport, LLC*


and

**CARLOS F. GONZALEZ, P.A.**
7600 Red Road, Suite 307
South Miami, Florida 33143
Telephone: (786) 410-7662

By:  *s/Carlos F. Gonzalez, Esq.*
     Carlos F. Gonzalez
     Florida Bar No. 0494631
     cfg@carlosfgonzalez.com

*Counsel for Non-Party, Mineral Coals*
*Logistica, SAS*

By: *Roberto Mart*í*nez*
Roberto Martinez, Esq.
Florida Bar No. 305596
bob@colson.com
Stephanie A. Casey, Esq.
Florida Bar No. 97483
scasey@colson.com
Sabrina S. Saieh, Esq.
Florida Bar No. 125290
sabrina@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, PH
Coral Gables, Florida 33134
Tel.: (305) 476-7400
Fax: (305) 476-7444
Email: eservice@colson.com

*Co-Counsel for Plaintiff, Little River Transport, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2022, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Victor M. Diaz, Jr. Esq.*
**Victor M. Diaz, Jr., Esq.**

Joseph J. Mamounas, Esq.
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0521
Facsimile: (305) 579-0717
Florida Bar No. 41517
Email: mamounasj@gtlaw.com
orizondol@gtlaw.com
flservice@gtlaw.com
*Attorney for JP Morgan*


**Juan J. Rodriguez, Esq.**
jrodriguez@careyrodriguez.com
**Luke T. Jacobs, Esq.**
ljacobs@careyrodriguez.com
cperez@careyrodriguez.com
ecf@careyrodriguez.com
**CAREY RODRIGUEZ MILIAN, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Counsel for Defendant Oink Oink, LLC*


**Henry P. Bell, Esq.**
hbell@brresq.com
legal@brresq.com
**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599
*Counsel for Cesar Espitia*